**KIM, CHO & LIM, LLC**
Seokchan Kwak, Esq.
460 Bergen Boulevard, Suite 305
Palisades Park, NJ 07650
Tel: (201) 585-7400
Fax: (201) 585-7422
*Attorneys for Defendants*
seankwak@kcllawfirm.com

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ISABELLA MARTINEZ, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PLAZA FARMERS MARKET, LLC d/b/a GREEN FARMERS MARKET and KENNY S. KO, individually,<br><br>Defendants. | Case No.: 2:20-cv-00694-MCA-MAH<br><br>CIVIL ACTION<br><br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

**WHEREAS,** the parties reached a settlement of all of Plaintiff's claims set forth in the above-captioned matter through arms-length negotiations and have entered into a settlement agreement formally memorializing the terms of the parties' settlement;

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned counsel for the parties, and **ORDERED** by this Court, that this action is and be hereby dismissed and discontinued in its entirety, with prejudice, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. A copy of the signatures on this stipulation and order serve the same purposes

//


//

//

//

as an original signature.

Dated: Jan 5, 2020

_____
Andrew Glenn, Esq.
Jaffe Glenn Law Group, P.A.
33 State Road, Suite A-1
Princeton, New Jersey
Telephone : (201) 687-9977
Facsimile: (201) 595-0308
Email: AGlenn@jaffeglenn.com
*Attorneys for Plaintiff*

_____
Seokchan Kwak, Esq.
Kim, Cho & Lim, LLC
460 Bergen Boulevard, Suite 305
Palisades Park, NJ 07650
Telephone: (201) 585-7400
Facsimile: (201) 585-7422
Email: seankwak@kcllawfirm.com
*Attorneys for Defendants*

So Ordered:
SO ORDERED

*s/Madeline Cox Arleo*
MADELINE COX ARLEO, U.S.D.J.

Date: 1/6/21

13